## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VERN E. MCGINNIS, JR.,          )
              Plaintiff,    )
                       )      **C.A. No. 24-73 Erie**
                       )
         v.             )      **District Judge Susan Paradise Baxter**
                       )      **Magistrate Judge Maureen P. Kelly**
NURSE KATE HILL, et al,      )
          Defendants.    )

## <u>MEMORANDUM ORDER</u>

Plaintiff, an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest") initiated this *pro se* civil rights action on March 7, 2024, by filing a motion to proceed *in forma pauperis* ("ifp motion") accompanied by a complaint [ECF No. 1]. The matter was referred to United States Magistrate Judge Maureen P. Kelly for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motion was granted by Order dated March 22, 2024 [ECF No. 4], at which time the complaint was docketed [ECF No. 5]. Plaintiff subsequently filed an amended complaint on April 30, 2024 [ECF No. 21], and a second amended complaint on July 31, 2024 [ECF No. 52], which is the operative pleading in this case. Named as Defendants in the second amended complaint are Health Care Provider Wellpath, LLC ("Wellpath"), Nurse Kate Hill ("Hill"), Correctional Healthcare Administrator Jana Jordan ("Jordan"), SCI-Albion Superintendent R. Irwin ("Irwin"), and the Pennsylvania Department of Corrections ("DOC").

Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs in violation of his rights under the Eighth Amendment to the United States Constitution and are

1

liable for "general negligence."

On November 16, 2024, counsel for Wellpath filed a Suggestion of Bankruptcy and Notice of Stay, reflecting that on November 11, 2024, Wellpath Holdings, Inc. petitioned for relief under Chapter 11 of the United States Bankruptcy Code. [ECF No. 74]. Accordingly, on November 18, 2024, this Court stayed this action in accordance with the automatic stay provisions of Section 362(a) of the United States Bankruptcy Code. [ECF No. 76].

On May 1, 2025, Wellpath filed a Confirmation of the Plan of Reorganization under Chapter 11 of the Bankruptcy Code and, as a result, Wellpath was discharged from liability for all claims that arose prior to November 11, 2024. See In re Wellpath Holdings, Inc., No. 24-90533 (Bankr. S.D. Tx. May 1, 2025) (Bankr. Doc. No. 2596, 2679, 2680). This Court subsequently lifted the stay of the present action as to all non-debtor defendants on May 19, 2025. [ECF No. 85].

On June 26, 2025, Wellpath filed a motion to dismiss following discharge in bankruptcy [ECF No. 93], to which Plaintiff filed a response in opposition [ECF No. 97].

On July 25, 2025, Magistrate Judge Kelly issued a Report and Recommendation ("R&R") recommending that Wellpath's motion to dismiss [ECF No. 93] be granted, finding that continuation of this action against Wellpath is foreclosed by the bankruptcy discharge. [ECF No. 98]. Objections to the R&R were due to be filed by August 11, 2025; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of August, 2025;

IT IS HEREBY ORDERED that Defendant Wellpath's motion to dismiss following

discharge in bankruptcy [ECF No. 93] is GRANTED and all claims against Defendant Wellpath are DISMISSED with prejudice. The report and recommendation of Magistrate Judge Kelly, issued July 25, 2025 [ECF No. 98], is adopted as the opinion of the Court.

The Clerk is directed to terminate Defendant Wellpath from this case.

_Susan Paradise Baxter_
SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Maureen P. Kelly
       United States Magistrate Judge

       All parties of record